

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR B. PERKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-1793 (UNA) |
| ) | |
| WILLIAM BARR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which the plaintiff is or was confined. *See* 28 U.S.C. § 1915(a)(2). To date the plaintiff has not submitted the required financial information. Accordingly, the Court will dismiss the complaint and this civil action, and deny the plaintiff's application to proceed *in forma pauperis* and motion for summary judgment without prejudice. An Order is issued separately.

DATE: October 7th, 2019

CHRISTOPHER R. COOPER
United States District Judge